# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

QUENNA OWENS,                              :

    Plaintiff,                             :

vs.                                        :     CA 15-0216-C

CAROLYN W. COLVIN,                         :
Acting Commissioner of Social Security,
                                           :
    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g), *see Melkonyan v. Sullivan*, 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991), for further proceedings not inconsistent with this decision. The remand pursuant to sentence four of § 405(g) makes the plaintiff a prevailing party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412, *Shalala v. Schaefer*, 509 U.S. 292, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993), and terminates this Court's jurisdiction over this matter.

    **DONE** this the 21st day of December, 2015.

                                      s/WILLIAM E. CASSADY
                                    **UNITED STATES MAGISTRATE JUDGE**